FILED
DEC 08 2017
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 17cr0843-GPC |
|---|---|
| Plaintiff, | PRELIMINARY ORDER OF CRIMINAL FORFEITURE |
| v. | |
| VINCENTE FERER HERRERA (2), | |
| Defendant. | |

WHEREAS, in the Second Superseding Information filed in this case, the United States sought forfeiture of all firearms and ammunition involved in the offense, as charged in the Second Superseding Information pursuant to 18 U.S.C. § 924(d)(1), 26 U.S.C. § 5872, and 28 U.S.C. § 2461(c); and

WHEREAS, pursuant to the terms of the Plea Agreement and Forfeiture Addendum between the parties, the Defendant consented to the forfeiture of all properties seized in connection with this case, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), which were firearms and ammunition involved in the violation of 18 U.S.C. § 922(g)(1), as charged in Count 1 of the Second Superseding Information to which the Defendant entered a guilty plea; and

WHEREAS, on or about September 21, 2017, the Defendant pled guilty to Count 1 of the Second Superseding Information before Magistrate Judge Jill L. Burkhardt, which plea included consent to forfeiture of all properties seized in connection with this case,

including, but not limited to, forfeiture to the United States of the following: **2 AR-15 style lower receivers with no serial numbers; 2 unfinished AR-15 style lower receivers with no serial numbers; 3 AR-15 style short barrel rifles with no serial numbers; AR-15 style rifle with no serial numbers; Glock Model 17 9mm Handgun with no serial numbers; 9mm A. A. Arms Model AP9 Fully Automatic Handgun bearing serial number 004555; .22 caliber rifle, Model 10-22, bearing serial number 821-89048; approximately 361 rounds of 9mm ammunition; approximately 718 rounds of .22 caliber ammunition; approximately 1,453 rounds of .223 caliber/5.56mm ammunition; approximately 11 rounds of 7.62 x 39 mm ammunition; approximately 114 rounds of .300 Blackout Ammunition; approximately 20 rounds of 12 gauge ammunition; and approximately 35 rounds of .38 Special Ammunition**; and

WHEREAS, by virtue of the facts set forth in the Plea Agreement, the Forfeiture Addendum, and the Defendant's consent to forfeiture of all properties, the United States has established the requisite nexus between the forfeited properties and the offense to which the Defendant has entered a guilty plea; and

WHEREAS, by virtue of Defendant's factual admission and guilty plea to the charges in the Second Superseding Information, all properties seized in connection with this case and all the firearms and ammunition are hereby ordered forfeited to the United States, and it is now entitled to possession of said properties, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c); and

WHEREAS, pursuant to Rule 32.2(b), the United States having requested the authority to take custody of the following properties which are hereby found forfeitable by the Court, namely: **2 AR-15 style lower receivers with no serial numbers; 2 unfinished AR-15 style lower receivers with no serial numbers; 3 AR-15 style short barrel rifles with no serial numbers; AR-15 style rifle with no serial numbers; Glock Model 17 9mm Handgun with no serial numbers; 9mm A. A. Arms Model AP9 Fully Automatic Handgun bearing serial number 004555; .22 caliber rifle, Model 10-22, bearing serial number 821-89048; approximately 361 rounds of 9mm ammunition; approximately**

718 rounds of .22 caliber ammunition; approximately 1,453 rounds of .223 caliber/5.56mm ammunition; approximately 11 rounds of 7.62 x 39 mm ammunition; approximately 114 rounds of .300 Blackout Ammunition; approximately 20 rounds of 12 gauge ammunition; and approximately 35 rounds of .38 Special Ammunition; and

WHEREAS, the United States, having submitted the Order herein to the Defendant through his attorney of record to review, and no objections having been received;

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. Based upon the factual admission of the Defendant and his guilty plea, the United States is hereby authorized to take custody and control of the 2 AR-15 style lower receivers with no serial numbers; 2 unfinished AR-15 style lower receivers with no serial numbers; 3 AR-15 style short barrel rifles with no serial numbers; AR-15 style rifle with no serial numbers; Glock Model 17 9mm Handgun with no serial numbers; 9mm A. A. Arms Model AP9 Fully Automatic Handgun bearing serial number 004555; .22 caliber rifle, Model 10-22, bearing serial number 821-89048; approximately 361 rounds of 9mm ammunition; approximately 718 rounds of .22 caliber ammunition; approximately 1,453 rounds of .223 caliber/5.56mm ammunition; approximately 11 rounds of 7.62 x 39 mm ammunition; approximately 114 rounds of .300 Blackout Ammunition; approximately 20 rounds of 12 gauge ammunition; and approximately 35 rounds of .38 Special Ammunition; and the Defendant has hereby forfeited to the United States all of his right, title, and interest to said properties pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n).

2. The 2 AR-15 style lower receivers with no serial numbers; 2 unfinished AR-15 style lower receivers with no serial numbers; 3 AR-15 style short barrel rifles with no serial numbers; AR-15 style rifle with no serial numbers; Glock Model 17 9mm Handgun with no serial numbers; 9mm A. A. Arms Model AP9 Fully Automatic Handgun bearing serial number 004555; .22 caliber rifle, Model 10-22, bearing serial number 821-89048; approximately 361 rounds of 9mm ammunition; approximately 718 rounds of .22 caliber

ammunition; approximately 1,453 rounds of .223 caliber/5.56mm ammunition; approximately 11 rounds of 7.62 x 39 mm ammunition; approximately 114 rounds of .300 Blackout Ammunition; approximately 20 rounds of 12 gauge ammunition; and approximately 35 rounds of .38 Special Ammunition are to be held by the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") in its secure custody and control.

3. Pursuant to Rule 32.2(b) and (c), the United States is hereby authorized to begin proceedings consistent with any statutory requirements pertaining to ancillary hearings and rights of third parties. The Court shall conduct ancillary proceedings as the Court deems appropriate only upon the receipt of timely third-party petitions filed with the Court and served upon the United States. The Court may determine any petition without the need for further hearings upon the receipt of the Government's response to any petition. The Court may enter an amended order without further notice to the parties.

4. Pursuant to the Attorney General's authority under Section 853(n)(1) of Title 21, United States Code, Rule 32.2(b)(6), Fed. R. Crim. P., and Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the United States forthwith shall publish for thirty (30) consecutive days on the Government's forfeiture website, www.forfeiture.gov, notice of this Order, notice of the United States' intent to dispose of the properties in such manner as the Attorney General may direct, and notice that any person, other than the Defendant, having or claiming a legal interest in the above-listed forfeited properties must file a petition with the Court within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.

5. This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought.

//

//

6. The United States shall also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the properties that is the subject of the Preliminary Order of Criminal Forfeiture.

7. Upon adjudication of all third-party interests, this Court will enter an Amended Order of Criminal Forfeiture pursuant to 21 U.S.C. § 853(n), in which all interests will be addressed.

8. Pursuant to Rule 32.2(b)(4), this Order of Criminal Forfeiture shall be made final as to the Defendant at the time of sentencing and is part of the sentence and included in the judgment.

DATED: 12/8/17

Hon. GONZALO P. CURIEL
United States District Judge